No. 11–6826.  PRATT v. BOARD OF PHARMACY ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 11–6838.  PINDER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 11–6842.  KAZAS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–6857.  VALADEZ v. BRITTEN, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 11–6865.  ROIZMAN v. BARKAN MANAGEMENT CO., INC. App. Ct. Mass.  Certiorari denied.

No. 11–6869.  CARLSON v. DOOLEY, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 11–6890.  ROBINSON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–6913.  BATOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6928.  LEWIS v. UNITED STATES;
No. 11–6939.  SOLOMON v. UNITED STATES; and
No. 11–6965.  CHANCE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 433 Fed. Appx. 844.

No. 11–6931.  KAMPFER v. BUCHANAN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 11–6952.  DATTILIO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–6959.  MUNOZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

